SO ORDERED.

Dated: February 19, 2010

_____
**CHARLES G. CASE, II**
**U.S. Bankruptcy Judge**

---

**TIFFANY & BOSCO**
**P.A.**
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-00993/650469732

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-bk-32501-CGC |
| Betsey Becker<br>　　　　Debtor. | Chapter 7 |
| CitiMortgage, Inc.<br>　　　　Movant,<br>　vs.<br>Betsey Becker, Debtor, Dale D. Ulrich, Trustee.<br>　　　　Respondents. | ORDER<br><br>(Related to Docket #11) |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated August 23, 2005 and recorded in the office of the Maricopa County Recorder wherein CitiMortgage, Inc. is the current beneficiary and Betsey Becker has an interest in, further described as:

> Unit 4C, Colonial Manor-Mesa Phase 1, according to Declaration of Horizontal Property Regime recorded in Docket 4790, page 344, Amended in docket 4928, page 400 and Amended and Restated in Document No. 2003-1401727 and according to Book 12 of Maps, Page 3, records of Maricopa County, Arizona.
>
> Together with an undivided interest in the Common Elements as set forth in said Declaration and Plat.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2010.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT